December 22, 2015



# JUDGMENT

## The Fourteenth Court of Appeals

WOODROW W. MILLER, ASSIGNEE OF JUDGMENTS 2 CASH, LLC,
Appellant

NO. 14-14-00753-CV            V.

ROYAL ISD, WALLER COUNTY AND WALLER-HARRIS ESD#200,
Appellees

_____

This cause, an appeal from the judgment in favor of appellees, Royal ISD, Waller County and Waller-Harris ESD#200, signed August 18, 2014, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Woodrow W. Miller, Assignee of Judgments 2 Cash, LLC, jointly and severally, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.